ADAM L. BRAVERMAN
United States Attorney
TIMOTHY D. COUGHLIN
Assistant United States Attorney
California Bar No. 144911
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7044
Timothy.Coughlin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO ALVAREZ-VASQUEZ, <br><br> Defendant. | Criminal Case No. 97CR02209-JM <br><br> **UNITED STATES' MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT** |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Timothy D. Coughlin, Assistant United States Attorney, respectfully requests, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment in the above-captioned case against defendant Gerardo Alvarez-Vasquez without prejudice. Three key witnesses are no longer available and the whereabouts of other witnesses are unknown. Due to the passage of time and unavailability of witnesses and evidence, the United States also requests that the Court recall the outstanding arrest warrant.

DATED: March 7, 2018

Respectfully submitted,
ADAM BRAVERMAN
United States Attorney

TIMOTHY D. COUGHLIN
Assistant U.S. Attorney