# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER __97 CR 2209-JM__
                        )
vs                      )  ABSTRACT OF ORDER
                        )
Gerardo Alvarez-Vasquez )  Booking No. _____
                        )
                        )
                        )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/8/18__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for _____ years.

__✓__ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                        _Jeffrey T. Miller_
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

                                                            OR
Received _____              JOHN MORRILL                Clerk
           DUSM                         by  G. CAZARES
                                            Deputy Clerk

Crim-9   (Rev. 8-11)                                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY